## KEUSCH v. COMMISSIONER OF INTERNAL REVENUE.
### No. 4781.

Circuit Court of Appeals, Third Circuit.
July 11, 1932.

Arthur B. Hyman, of New York City, for petitioner.

J. Louis Monarch, and Sewall Key, both of Washington, D. C. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Hugh Brewster, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

482

PER CURIAM.

The underlying question in this case is whether the Lorillard stock sold by the taxpayer was part of his business or was an ordinary capital asset. The tax authorities decided as a question of fact that it was entirely independent of his business. Such being the case, it follows the taxpayer was not entitled to have his loss on such stock deducted as a business loss, and the Commissioner rightly so held. The appeal of the taxpayer is dismissed.